# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### HONORABLE JANIS L. SAMMARTINO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> vs.<br><br>HANNAH SADOSKI,<br><br>   Defendant. | Criminal Case: 20-CR-01783-JLS-2<br><br>**ORDER CONTINUING<br>SENTENCING HEARING** |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing is continued from April 23, 2021 to **May 28, 2021, at 9:00 a.m**.

For the reasons stated in paragraph 1 of the joint motion, incorporated by reference herein, the Court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and defendants in a speedy trial. The Court further finds that counsel for defendant need reasonable time for effective preparation for the sentencing. The Court has considered the parties' exercise of due diligence in making this determination. Accordingly,

IT IS FURTHER ORDERED that the period of delay from the April 23, 2021 sentencing hearing to the continued date of May 28, 2021 at 9:00 a.m. be excluded under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

Dated: April 15, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge