UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> HANNAH SADOSKI, <br>     Defendant. | Case No. 20cr1783-JLS <br><br> ORDER CONTINUING SENTENCING HEARING |

    Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Sentencing Hearing in this matter shall be continued from May 28, 2021 to July 9, 2021 at 9:00 a.m.

    For the reasons stated in paragraph three of the joint motion, incorporated by reference herein, the Court finds the ends of justice served by granting the requested continuance outweigh the interests of the public and the defendant in a speedy trial. Thus, IT IS FURTHER ORDERED that the period of time from the filing of the joint motion until July 9, 2021, shall be excluded in computing the time under the Speedy Trial Act, 18 U.S.C. § 3161.

    IT IS SO ORDERED.

Dated: May 21, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

ORDER